Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED  
JUN 17 PH 3: 31  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
BY: _____ CP _____ DEPUTY

CHUBB CUSTOM INSURANCE COMPANY, a Delaware corporation - Plaintiff

vs

THE ALLEN EARLEY 1998 FAMILY TRUST, a California trust; ALLEN EARLEY PLANTERS PROJECT, LP, a California Limited Partnership, DOES 1 through 10 - Defendants

SUMMONS IN A CIVIL ACTION  
Case No. 08 CV 1074 BTM CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Paul S. White, Esq.  
Tressler, Soderstrom, Maloney & Priess, LLP  
1901 Avenue of the Stars, Suite 450  
Los Angeles, CA 90067-6006

Ph: 310-203-4800  
Fx: 310-203-4850

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.  
CLERK

JUN 17 2008  
DATE

By C. PUTMAN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)