```
Paul S. White, Esq., SBN 146989
pwhite@tsmp.com
Jeanne S. Kuo, Esq., SBN 231441
jkuo@tsmp.com
TRESSLER, SODERSTROM, MALONEY
& PRIESS, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone:    (310) 203-4800
Facsimile:    (310) 203-4850

Attorneys for Plaintiff
CHUBB CUSTOM INSURANCE COMPANY
```

FILED
08 JUN 17 PM 3:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP DEPUTY

BY FAX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>THE ALLEN EARLEY 1998 FAMILY TRUST, a California trust; ALLEN EARLEY PLANTERS PROJECT, LP, A California Limited Partnership ; DOES 1 THROUGH 10<br><br>Defendants. | CASE NO: 08 CV 1074 BTM CAB<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff, CHUBB CUSTOM INSURANCE COMPANY, a Delaware corporation, certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.    Chubb Custom Insurance Company is an insurance company, organized under the laws of the State of Delaware, and a plaintiff herein.

1

ORIGINAL

2. Chubb Custom Insurance Company is 100% owned by Federal Insurance Company, which is a wholly-owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Dated: June 17, 2008

Respectfully submitted,

TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: *Paul S. White*

Paul S. White,
Jeanne S. Kuo
Attorneys for Plaintiff
CHUBB CUSTOM INSURANCE COMPANY

LA# 103606 v1 (2246-229)