```
1  Gerald L. McMahon, Esq. (SBN 036050)
   Elizabeth A. Smith-Chavez, Esq. (SBN 082900)
2  SELTZER CAPLAN McMAHON VITEK
   A Law Corporation
3  750 B Street, 2100 Symphony Towers
   San Diego, California 92101-8177
4  Telephone:  (619) 685-3139
5  Facsimile:  (619) 702-6809
6
   Attorneys for Plaintiff
7  CHUBB CUSTOM INSURANCE COMPANY
8
```

## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE ALLEN EARLEY 1998 FAMILY TRUST, a California trust; ALLEN EARLEY PLANTERS PROJECT, LP, a California Limited Partnership, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08-CV1074 BTM (CAB)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** plaintiff Chubb Custom Insurance Company ("Chubb") hereby substitutes counsel in this action as follows, subject to the Court's approval pursuant to CivLR 83.3(g)(2):

Chubb substitutes and appoints the law firm of Seltzer Caplan McMahon Vitek as its new counsel of record in this case, in place and stead of the law firm Tressler, Soderstrom,

---

NOTICE OF SUBSTITUTION OF COUNSEL

CASE NO. 08 CV 1074 BTM (CAB)

1 | Maloney & Priess, LLP.   Tressler, Soderstrom, Maloney & Priess, LLP will no longer be
2 | counsel of record in this case.
3 |     The signatures of Chubb's authorized representative, the attorneys ceasing to act and the
4 | newly appointed attorneys are set forth below, pursuant to CivLR 83.3(g)(2):
5 |
6 | Dated: June 26, 2008                 Chubb & Son a division of Federal Insurance Co.
7 |                                      Manager and or Agent for
8 |                                      CHUBB CUSTOM INSURANCE COMPANY
9 |
10 |                                     By: _____Cynthia L. Hagedorn_____
                                              Cynthia Hagedorn
11 |
12 | Dated: June 27, 2008                 TRESSLER, SODERSTROM, MALONEY
13 |                                      & PRIESS, LLP
14 |
15 |                                     By: _____Paul S. White_____
16 |                                          Paul S. White, Esq.
                                              Jeanne S. Kuo, Esq.
17 |
18 | Dated: June 30, 2008                 SELTZER CAPLAN McMAHON VITEK
                                         A Law Corporation
19 |
20 |
21 |                                     By: _____
22 |                                          Gerald L. McMahon, Esq.
                                              Elizabeth Smith-Chavez, Esq.
23 |
24 |
25 |
26 |
27 |
28 |

NOTICE OF SUBSTITUTION OF COUNSEL        2        CASE NO. 08 CV 1074 BTM (CAB

```
 1  Gerald L. McMahon, Esq. (SBN 036050)
    Elizabeth A. Smith-Chavez, Esq. (SBN 082900)
 2  SELTZER CAPLAN McMAHON VITEK
    A Law Corporation
 3  750 B Street, 2100 Symphony Towers
 4  San Diego, California 92101-8177
    Telephone:  (619) 685-3139
 5  Facsimile:  (619) 702-6809
 6
    Attorneys for Plaintiff
 7  CHUBB CUSTOM INSURANCE COMPANY
 8
               UNITED STATES DISTRICT COURT FOR
 9             THE SOUTHERN DISTRICT OF CALIFORNIA
10
11  CHUBB CUSTOM INSURANCE       )  CASE NO. 08-CV1074 BTM (CAB)
12  COMPANY, a Delaware corporation )
                                  )
13           Plaintiff,           )  CERTIFICATE OF SERVICE
                                  )
14     vs.                        )
                                  )
15                                )
    THE ALLEN EARLEY 1998 FAMILY  )
16  TRUST, a California trust; ALLEN EARLEY )
17  PLANTERS PROJECT, LP, a California )
    Limited Partnership, and DOES 1 through 10, )
18  inclusive,                    )
                                  )
19           Defendants.          )
                                  )
20                                )
21
22       I, the undersigned declare under penalty of perjury of the laws of the United States that I
23  am over the age of eighteen years and not a party to this action, that on August 2, 2007, I
24  served the following documents:  **NOTICE OF SUBSTITUTION OF COUNSEL**
25
26
27
28
```

CERTIFICATE OF SERVICE                                    CASE NO. 08 CV 1074 BTM (CAB)

on the below named person(s) by electronically filing and serving the above-documents in pdf format with the Electronic Case Management System, for each addressee named below, on July 1, 2008:

Paul S. White, Esq.
Jeanne S. Kuo, Esq.
Tressler, Soderstrom, Maloney & Priess, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: 310-203-4800
Facsimile: 310-203-4850
pwhite@tsmp.com
jkuo@tsmp.com

Executed on July 1, 2008, at San Diego, California.

_Sandie Crenshaw_ (signature)
Sandie Crenshaw

---

CERTIFICATE OF SERVICE | 2 | CASE NO. 08 CV 1074 BTM (CAB