1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CHUBB CUSTOM INSURANCE COMPANY, | CASE NO. 08CV1074 BTM (CAB) |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | |
| THE ALLEN EARLY 1998 FAMILY TRUST, ET. AL. , | |
| Defendant. | |

Plaintiff has filed this action asserting diversity jurisdiction under 28 U.S.C. § 1332(a). Upon review of the complaint, it is unclear whether the parties are citizens of different states and whether the jurisdictional amount requirement has been met.  Specifically, Plaintiff fails to allege the citizenship  for each partner of  Defendant Allen Earley Planters Project, LP. Plaintiff also fails to provide specific information, such as the value of the allegedly denied insurance coverage and the alleged amount of loss that is being disputed by the parties, which would aid the Court in determining that the jurisdictional amount requirement had been met.  Therefore, the Court orders the parties to show cause why this case should not be dismissed for lack of jurisdiction. The parties shall file written responses to this OSC on or before July 21, 2008.

IT IS SO ORDERED.

DATED:  July 9, 2008



Honorable Barry Ted Moskowitz
United States District Judge

1                                              08CV1074 BTM (CAB)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08CV1074 BTM (CAB)