1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT FOR**

**THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, a Delaware corporation,<br><br>                Plaintiff,<br><br>  vs.<br><br>THE ALLEN EARLEY 1998 FAMILY TRUST, a California trust; ALLEN EARLEY PLANTERS PROJECT, LP, a California Limited Partnership, and DOES 1 through 10, inclusive,<br><br>                Defendants. | ) CASE NO.  08-CV1074 BTM (CAB)<br>)<br>) **ORDER GRANTING SUBSTITUTION**<br>) **OF COUNSEL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS, plaintiff Chubb Custom Insurance Company ("Chubb") seeks the Court's approval, pursuant to CivLR 83.3(g)(2), to substitute counsel in this action as follows:

///

///

///

///

---

CASE NO. 08 CV 1074 BTM (CAB)

**ORDER GRANTING SUBSTITUTION OF COUNSEL**

1  Chubb substitutes and appoints the law firm of Seltzer Caplan McMahon Vitek as its
2  new counsel of record in this case, in place and stead of the law firm Tressler, Soderstrom,
3  Maloney & Priess, LLP.  Tressler, Soderstrom, Maloney & Priess, LLP will no longer be
4  counsel of record in this case.

5  The foregoing substitution is APPROVED:

6  IT IS SO ORDERED.

8  Dated: 7/9/08
9  _____
    Hon. Barry Ted Moskowitz
10  United States District Court Judge