Peter C. Ward, Esq.          SBN 126459
Christopher H. Hagen, Esq.   SBN 179529
Ralph W. Peters, Esq.        SBN 126948
**WARD & HAGEN, LLP**
440 Stevens Avenue, Suite 350
Solana Beach, California 92075
Telephone:   (858) 847-0505
Facsimile:   (858) 847-0105

Attorneys for DEFENDANTS

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALLEN EARLEY 1998 FAMILY TRUST, a California Trust; ALLEN EARLEY PLANTERS PROJECT, LP, a California Limited Partnership, and Does 1-10<br><br>Defendants. | CASE NO. 2008 CV 1074 BTM CAB<br><br>**NOTICE OF MOTION TO DISMISS BASED ON PRIOR PENDING STATE COURT ACTION**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Date:  September 5, 2008<br>Time:  11:00 a.m.<br>Place: Courtroom 15<br>Hon.   Barry T. Moskowitz |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON September 5, 2008, or as soon thereafter as the matter may be heard in the above entitled court, located at 940 Front Street, San Diego, CA 92101, defendants The Allen Earley 1998 Family Trust and the Allen Earley Planters Project, LP, will move this court to dismiss the action based on pursuant to prior pending state court action, as well as doctrines of comity, the anti-injunction statute, and abstention.

///

///

///

The motion will be based upon this Notice of Motion, the memorandum of points and authorities filed herewith, the attached Request for Taking Judicial notice under FRE section 201, and the pleadings and papers filed herein.

Dated: July 11, 2008

WARD & HAGEN, LLP

By: _____
Peter C. Ward
Ralph W. Peters, Esq.
*Attorneys for Defendants*
THE ALLEN EARLEY 1998 FAMILY TRUST and ALLEN EARLEY PLANTERS PROJECT L.P.