Gerald L. McMahon, Esq. (SBN 036050)
Elizabeth Smith-Chavez, Esq. (SBN 082900)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101-8177
Telephone:  (619) 685-3139
Facsimile:  (619) 702-6809

Attorneys for Plaintiff
CHUBB CUSTOM INSURANCE COMPANY

### UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE ALLEN EARLEY 1998 FAMILY TRUST, a California trust; ALLEN EARLEY PLANTERS PROJECT, LP, a California Limited Partnership, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 08-CV1074 BTM (CAB)<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

Plaintiff CHUBB CUSTOM INSURANCE COMPANY ("Chubb Custom") submits the following response to this Court's July 9, 2008, Order to Show Cause:

**Citizenship of the Parties:**

Plaintiff Chubb Custom is a corporation incorporated under the laws of the state of Delaware, with its principal place of business in New Jersey. It is, therefore, a citizen of New

---

CASE NO. 08 CV 1074 BTM (CAB)

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Jersey and of Delaware. Chubb Custom is the sole plaintiff. (See, Paragraph 1 of the Complaint.)

Defendant the Allen Earley 1998 Family Trust, is a trust established under California law. The trust, and its sole trustee Perry Allen Earley, are domiciled in California, and are residents of California. This defendant is a citizen of California. (See, Paragraph 2 of the Complaint.)

Defendant Allen Earley Planters Project, L.P., is a limited partnership established under the laws of the State of California, with its principal place of business in Imperial County, California. (See, Paragraph 3 of the Complaint.) It is a California resident and is a citizen of California. According to the records of the State of California, its address is 725 South Coast Highway 101, Encinitas, California 92024. According to public records, its sole general partner is the Allen Earley 1998 Family Trust. Its agent for service of process is James Schmid, whose current business address is 5993 Avenida Encinas, Suite 101, Carlsbad, California 92008.

There is, therefore, complete diversity of citizenship between the parties pursuant to 28 U.S.C. 1332(a)(1).

**Amount in Controversy**

The amount in controversy is the full amount of the insurance policy attached as Exhibit A to the Complaint – i.e. $3,000,000 for property damage and an additional $100,000 for rental value. (See, Exhibit A to the Complaint.)

Dated: July 14, 2008

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By: /S/Elizabeth Smith-Chavez
Gerald L. McMahon, Esq.
Elizabeth Smith-Chavez, Esq.
Attorneys for Plaintiff CHUBB CUSTOM
INSURANCE COMPANY

```
 1  Gerald L. McMahon, Esq. (SBN 036050)
    Elizabeth A. Smith-Chavez, Esq. (SBN 082900)
 2  SELTZER CAPLAN McMAHON VITEK
    A Law Corporation
 3  750 B Street, 2100 Symphony Towers
 4  San Diego, California 92101-8177
    Telephone:   (619) 685-3139
 5  Facsimile:   (619) 702-6809
 6
    Attorneys for Plaintiff
 7  CHUBB CUSTOM INSURANCE COMPANY
 8
                    UNITED STATES DISTRICT COURT FOR
 9
                  THE SOUTHERN DISTRICT OF CALIFORNIA
10
11  CHUBB CUSTOM INSURANCE        ) CASE NO. 08-CV1074 BTM (CAB)
    COMPANY, a Delaware corporation)
12                                 )
13             Plaintiff,          ) AFFIDAVIT OF SERVICE
                                   )
14      vs.                        )
                                   )
15                                 )
    THE ALLEN EARLEY 1998 FAMILY   )
16  TRUST, a California trust; ALLEN EARLEY )
    PLANTERS PROJECT, LP, a California )
17  Limited Partnership, and DOES 1 through 10, )
18  inclusive,                     )
                                   )
19             Defendants.         )
                                   )
20                                 )
21
22      I, the undersigned declare under penalty of perjury of the laws of the United States that I
23  am over the age of eighteen years and not a party to this action, that on July 15, 2008, I served
24  the following documents:  RESPONSE TO ORDER TO SHOW CAUSE
25
26  on the below named person(s) by electronically filing and serving the above-documents in pdf
27  format with the Electronic Case Management System, for each addressee named below,:
28
```

CERTIFICATE OF SERVICE                                CASE NO. 08 CV 1074 BTM (CAB)

1  Peter C. Ward, Esq.
   Ralph W. Peters, Esq.
2  Ward & Hagen LLP
   440 Stevens Avenue, Suite 350
3  Solana Beach, California 92075
4  Telephone: 858-847-0505
   Facsimile:  858-847-0105
5
6
7  Executed on July 15, 2008, at San Diego, California.
8
                            _____
9                           Sandie Crenshaw
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE                2                CASE NO. 08 CV 1074 BTM (CAB