```
 1  Gerald L. McMahon, Esq. (SBN 036050)
    Elizabeth A. Smith-Chavez, Esq. (SBN 082900)
 2  Kirsten Y. Zittlau, Esq. (SBN 220809)
 3  SELTZER CAPLAN McMAHON VITEK
    A Law Corporation
 4  750 B Street, 2100 Symphony Towers
    San Diego, California 92101-8177
 5  Telephone:   (619) 685-3139
 6  Facsimile:   (619) 702-6809

 7
    Attorneys for Plaintiff
 8  CHUBB CUSTOM INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUBB CUSTOM INSURANCE COMPANY, a Delaware corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>THE ALLEN EARLEY 1998 FAMILY TRUST, a California trust; ALLEN EARLEY PLANTERS PROJECT, LP, a California Limited Partnership, and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO. 08-CV1074 BTM (CAB)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF CHUBB CUSTOM INSURANCE COMPANY** |

**TO:   DEFENDANTS, THEIR ATTORNEYS OF RECORD, AND ALL OTHER INTERESTED PARTIES:**

///

1     PLEASE TAKE NOTICE that Kirsten Y. Zittlau, Esq. hereby appears, as associated
2 counsel with Gerald L. McMahon, Esq. and Elizabeth A. Smith-Chavez, Esq., on behalf of
3 Plaintiff CHUBB CUSTOM INSURANCE COMPANY. Please add my name and e-mail
4 address (zittlau@scmv.com) to the list of Plaintiff's attorneys on the docket sheet and also add
5 it to the list of e-mail notices.

7 Dated: July 22, 2008

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By:   s/ Kirsten Y. Zittlau
       Gerald L. McMahon, Esq.
       Elizabeth A. Smith-Chavez, Esq.
       Kirsten Y. Zittlau, Esq.
       Email: mcmahon@scmv.com;
       smith@scmv.com; zittlau@scmv.com
Attorneys for Plaintiff, Chubb Custom Insurance Company

1  Gerald L. McMahon, Esq. (SBN 036050)
   Elizabeth A. Smith-Chavez, Esq. (SBN 082900)
2  Kirsten Y. Zittlau, Esq. (SBN 220809)
3  SELTZER CAPLAN McMAHON VITEK
   A Law Corporation
4  750 B Street, 2100 Symphony Towers
   San Diego, California 92101-8177
5  Telephone:   (619) 685-3139
6  Facsimile:    (619) 702-6809

7  
   Attorneys for Plaintiff
8  CHUBB CUSTOM INSURANCE COMPANY

9                  UNITED STATES DISTRICT COURT FOR
10                 THE SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  CHUBB CUSTOM INSURANCE<br>     COMPANY, a Delaware corporation<br>13<br>14              Plaintiff,<br>15      vs.<br>16  <br>    THE ALLEN EARLEY 1998 FAMILY<br>17  TRUST, a California trust; ALLEN EARLEY<br>    PLANTERS PROJECT, LP, a California<br>18  Limited Partnership, and DOES 1 through 10,<br>19  inclusive,<br>                Defendants.<br>20<br>21 | CASE NO.  08-CV1074 BTM (CAB)<br><br>**AFFIDAVIT OF SERVICE BY<br>ELECTRONIC MAIL** |

22

23      I, the undersigned declare under penalty of perjury of the laws of the United States that I
24  am over the age of eighteen years and not a party to this action, that on **July 22, 2008**, I served
25  the following document(s):
26
27  1.  **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF CHUBB CUSTOM
        INSURANCE COMPANY**
28

---
AFFIDAVIT OF SERVICE                                              CASE NO. 08 CV 1074 BTM (CAB)

1 | on the below named person(s) by electronically filing and serving the above-documents in pdf
2 | format with the Electronic Case Management System, for each addressee named below:

3
4  Peter C. Ward, Esq.                               Attorneys for Defendants
   Christopher H. Hagen, Esq.
5  Ralph W. Peters, Esq.
   Ward & Hagen LLP
6  440 Stevens Avenue, Suite 350
   Solana Beach, California 92075
7  Email: rpeters@wardhagen.com
   Telephone: 858-847-0505
8  Facsimile: 858-847-0105

9
10  Executed on  July 22, 2008 , at San Diego, California.
11
12                                      *Tamelah L. Morris (signature)*
13                                      Tamelah L. Morris